Nicholas J. Bontrager, Esq. (SBN 252114)
Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff.
JOHN WEKENBORG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOHN WEKENBORG,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | Case No. 2:09-cv-00014-WBS-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)** |

Plaintiff, JOHN WEKENBORG, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about 1/2/09.  NCO filed its response to the complaint on 2/2/09.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

///

1  ///

2  Dated: 6/4/09   KROHN & MOSS, LTD.

3  
4  /s/ Nicholas J. Bontrager  
   Nicholas J. Bontrager, Esq.  
5  Attorney for Plaintiff,  
   JOHN WEKENBORG

6  
7  Dated: 6/4/09   SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

8  /s/Albert R. Limberg  
   Albert R. Limberg, Esq.  
9  Attorney for Defendant,  
   NCO Financial Systems, Inc.

THE FOREGOING STIPULATION  
IS APPROVED AND IS SO ORDERED.

Dated: June 16, 2009

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE

2

Stipulation of Dismissal and [Proposed] Order